George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, SHANNON TOWNSEND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHANNON TOWNSEND,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration,<br><br>          Defendant. | Civil Action No.:  2:18-cv-00131-YY<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $21,304.00 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).  With credit taken for EAJA fees paid in the amount of $5,602.56, the net amount due plaintiff's counsel is $19,507.28.

IT IS SO ORDERED:

Dated:  July 27, 2021.

/s/ Youlee Yim You
United States Magistrate Judge

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted on July 27, 2021:

/s/ George Wall

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Shannon Townsend

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028